

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Boerne to Bergheim Coalition for Clean Environment, | § | No. 08-20-00035-CV |
| | § | Appeal from the |
| Appellant, | § | 459th District Court |
| v. | § | of Travis County, Texas |
| Texas Commission on Environmental Quality and Vulcan Construction Materials, LLC, | § | (TC# D-1-GN-18-003134) |
| | § | |
| Appellees. | § | |
| | § | |

## **O R D E R**

On January 7, 2021, the Court directed the District Clerk of Travis County to provide a supplemental record containing the administrative record in this case. On January 12, 2021 the District Clerk advised the Court that Leah Hayes, Court Reporter for the 459th District Court, is in possession of the administrative record.

Because it is not clear whether the court reporter or the District Clerk has current possession over the record, and because the Court needs this record to resolve this appeal, we therefore order both court reporter Leah Hayes AND the District Clerk to, by February 18, 2021, either 1) file the record (if the record is in the party's possession) or 2) to file a written explanation of the current status of the record (if the party is not in possession of the record).

Failure to comply with this order may result in further action by this Court.

IT IS SO ORDERED this 11th day of February, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox, J., and Ferguson, Judge
(Ferguson, Judge, sitting by assignment)